IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN FRANCES CURRAN and MARNI CSANKA<br><br>              Plaintiffs,<br><br>        v.<br><br>SHANTI CARLISLE HOSPITALITY, LLC, d/b/a HOLIDAY INN EXPRESS & SUITES CARLISLE<br><br>              Defendant. | CIVIL ACTION - LAW<br><br>NO. 1:21-cv-00899-JEJ |

## Defendant's Rule 7.1 Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Shanti Carlisle Hospitality, LLC d/b/a Holiday Inn Express & Suites Carlisle, declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

                                                  Respectfully submitted,

                                                  **FOWLER HIRTZEL MCNULTY & SPAULDING, LLP**

Dated: March 8, 2022        By: _/s/_

JOSEPH F. MCNULTY, JR., ESQUIRE
PA Atty. I.D. No. 35385
4949 LIBERTY LANE, SUITE 330
ALLENTOWN, PA 18106
P: (484) 408-0301
F: (484) 550-7992
E: jmcnulty@fhmslaw.com

Attorneys for Defendant, Shanti Carlisle Hospitality, LLC d/b/a Holiday Inn Express & Suites Carlisle

## CERTIFICATE OF SERVICE

I, Joseph F. McNulty, Jr., Esquire, attorney for Defendant, Defendant, Shanti Carlisle Hospitality, LLC d/b/a Holiday Inn Express & Suites Carlisle, certify that a copy of the foregoing document will be served on the following under Fed.R.Civ.P. 5(b):

David C. Guerrini, Esquire
Kline & Spector, P.C.
1525 Locust Street
Philadelphia, PA 19102
dominic.guerrini@klinespector.com
***Attorneys for Plaintiffs***

Charles Shimberg, Esquire
Shimberg & Friel, P.C.
20 Brace Street, Suite 350
Cherry Hill, NJ 08034
cshimberg@shimberglaw.com
***Attorney for Defendant, Thyssenkrup Elevator Corporation***

                                                        **FOWLER HIRTZEL MCNULTY & SPAULDING, LLP**

Dated: March 8, 2022            By: _/s/ Joseph F. McNulty, Jr._

JOSEPH F. MCNULTY, JR., ESQUIRE
PA Atty. I.D. No. 35385
4949 LIBERTY LANE, SUITE 330
ALLENTOWN, PA 18106
P: (484) 408-0301
F: (484) 550-7992
E: jmcnulty@fhmslaw.com

Attorneys for Defendant, Shanti Carlisle Hospitality, LLC d/b/a Holiday Inn Express & Suites Carlisle

{W1374299.1}