THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHLEEN FRANCES CURRAN,
et al.,

    Plaintiffs,

    v.

SHANTI CARLISLE HOSPITALITY,
LLC, et al.,

    Defendants.

: CIVIL ACTION NO. 3:21-CV-899
:
: (JUDGE MARIANI)

FILED
SCRANTON

MAY 22 2023

PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS 22ND DAY OF MAY 2023, upon consideration of Plaintiffs' motions to compel discovery (Docs. 51, 53), **IT IS HEREBY ORDERED THAT** Plaintiffs' counsel is directed to follow the procedure outlined in the Court's March 24, 2022, Order (Doc. 25 ¶ 11) for bringing a discovery dispute to the Court's attention.

_____
Robert D. Mariani
United States District Judge